IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LOPEZ,

    Plaintiff,                     No. CIV S-09-1928 GGH P

    vs.

SUE HUBBARD, et al.,

    Defendants.             ORDER

_____/

        On September 4, 2009, plaintiff filed a motion for discovery. Because no defendants have appeared or been served with process, plaintiff's motion for discovery is premature.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 4, 2009, motion for discovery is denied without prejudice.

DATED: September 21, 2009

                                /s/ Gregory G. Hollows

                                UNITED STATES MAGISTRATE JUDGE

lop1928.ord