1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH LOPEZ,

11              Plaintiff,                  No. CIV S-09-1928 GGH P

12        vs.

13   SUE HUBBARD, et al.,

14              Defendants.                 ORDER

15   _____/

16              Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18              On August 31, 2009, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendants Campbell and Rapoza were returned

20   unserved because "not employed at facility."  Plaintiff must provide additional information to

21   serve these defendants.  Plaintiff shall promptly seek such information through discovery, the

22   California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to

23   plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may

24   seek judicial intervention.

25   /////

26   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the complaint filed July 15, 2009;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. Two completed USM-285 forms for defendants Campbell and Rapoza;

    b. Three copies of the endorsed complaint filed July 15, 2009; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: October 20, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
lope1928.8e

1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH LOPEZ,

11           Plaintiff,                        No. CIV S-09-1928 GGH P

12       vs.

13   SUE HUBBARD, et al.,                      NOTICE OF SUBMISSION

14           Defendants.                       OF DOCUMENTS

15   _____/

16           Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18           _____      completed summons form

19           __2__       completed USM-285 forms

20           __3__       copies of the July 15, 2009
                                     Complaint

21   DATED:

22

23                                    _____

24                                    Plaintiff

25

26