1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH LOPEZ,

11            Plaintiff,                        No. CIV S-09-1928 GGH P

12       vs.

13   SUE HUBBARD, et al.,

14            Defendants.                       ORDER

15   _____/

16            Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18            On August 31, 2009, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendant Garcia was returned unserved because

20   "not employed at facility."  Plaintiff must provide additional information to serve this defendant.

21   Plaintiff shall promptly seek such information through discovery, the California Public Records

22   Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the

23   required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

24            Accordingly, IT IS HEREBY ORDERED that:

25            1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, one

26   summons form, along with an instruction sheet and a copy of the complaint filed July 15, 2009;

1

2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a.  One completed USM-285 forms for defendant Garcia;

        b.  Two copies of the endorsed complaint filed July 15, 2009; and

        c.  One completed summons form

or show good cause why he cannot provide such information.

DATED: November 4, 2009

                /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:mp
lope1928.8e(2)

1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH LOPEZ,

11            Plaintiff,                          No. CIV S-09-1928 GGH P

12        vs.

13   SUE HUBBARD, et al.,                         NOTICE OF SUBMISSION

14            Defendants.                         OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____        completed summons form

19              1            completed USM-285 forms

20              2            copies of the July 15, 2009
                                         Complaint

21   DATED:

22

23                                            _____
                                              Plaintiff
24

25

26