IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LOPEZ,

    Plaintiff,           No. CIV S-09-1928 GGH P

  vs.

SUE HUBBARD, et al.,

    Defendants.      <u>ORDER</u>

_____/

        On October 2, 2009, service as to defendants Rapoza and Campbell came back unexecuted. On October 20, 2009, the undersigned granted plaintiff sixty days to obtain additional information for service of these defendants. On October 22, 2009, service was returned unexecuted as to defendant Garcia. On November 4, 2009, the undersigned granted plaintiff sixty days to obtain additional information for service of defendant Garcia.

        On December 17, 2009, plaintiff filed a motion requesting information regarding how to proceed as to defendants Rapoza, Campbell and Garcia. Plaintiff states that his attempts to obtain additional information for service of these defendants has been unsuccessful. Attached to plaintiff's motion is his declaration describing his efforts to obtain this information.

        Good cause appearing, defendants' counsel shall query the Department of Corrections and Rehabilitation to ascertain the whereabouts of defendants Rapoza, Campbell and

1 Garcia. If defendants are still employed with the Department of Corrections or Rehabilitation or
2 any other California state agency, counsel shall provide the business address to plaintiff. If
3 counsel is otherwise informed of the business address of defendants, counsel shall provide the
4 address to plaintiff. In the event that counsel, after conducting a good faith inquiry, cannot
5 ascertain the business address of defendants, counsel shall so inform the court. Defendants'
6 counsel shall file and serve the appropriate response within twenty-one days of the file date of
7 this order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for information regarding how to proceed as to service of defendants Rapoza, Campbell and Garcia (no, 24) is granted;

        2. Within twenty-one days of the date of this order, defendants' counsel shall file and serve the appropriate responses regarding the location of these defendants as discussed above.

DATED: January 29, 2010

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

lop1928.8sup