IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LOPEZ,

    Plaintiff,                  No. CIV S-09-1928 GGH P

   vs.

SUE HUBBARD, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Service as to defendants Rapoza, Campbell and Garcia was returned unexecuted. On January 29, 2010, defendants were ordered to query the Department of Corrections and Rehabilitation to ascertain the whereabouts of these defendants.

        On February 17, 2010, defendants provided the addresses for defendants Campbell and Garcia. Defendants stated that defendant Rapoza has retired and has no known current business address.

        On February 26, 2010, plaintiff submitted the documents necessary for service of defendants Campbell and Garcia. Plaintiff is now ordered to show cause why the claims against defendant Rapoza should not be dismissed because service of this defendant cannot be effected.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of
2 this order, plaintiff shall show cause why the claims against defendant Rapoza should not be
3 dismissed.
4 DATED: March 15, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

8 lop1928.osc