IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LOPEZ,

     Plaintiff,                    No. CIV S-09-1928 GEB GGH P

     vs.

SUE HUBBARD, et al.,

     Defendants.          <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 5, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed April 5, 2010, are adopted in full;

2. Defendant Grannis is dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: May 27, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge