IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LOPEZ,

        Plaintiff,                      No. CIV S-09-1928 GEB GGH P

    vs.

SUE HUBBARD, et al.,

        Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        On March 19, 2010 defendant Porter filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On August 31, 2009, plaintiff was advised of the requirements for filing an opposition to a motion to dismiss and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

/////

/////

/////

/////

1

1   Accordingly, plaintiff's failure to oppose should be deemed a waiver of
2 opposition to the granting of the motion.[1]  In the alternative, the court has reviewed the motion
3 and finds that it has merit.  IT IS HEREBY RECOMMENDED that the March 19, 2010, motion
4 to dismiss filed by defendant Porter is granted.
5   These findings and recommendations are submitted to the United States District
6 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
7 days after being served with these findings and recommendations, any party may file written
8 objections with the court and serve a copy on all parties.  Such a document should be captioned
9 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
10 shall be served and filed within ten days after service of the objections.  The parties are advised
11 that failure to file objections within the specified time may waive the right to appeal the District
12 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
13 DATED: June 3, 2010

                                                    /s/ Gregory G. Hollows
                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

16 lope1928.46

---

25   [1]The docket shows that on May 17, 2010, plaintiff filed a non-opposition to a motion to dismiss filed by defendant Garcia.  It may be that plaintiff meant to non-oppose defendant
26 Porter's motion.